# EXHIBIT A

EK - 1

## SÖZLEŞME

### MADDE 1 – TARAFLAR

**1.1.    MERT KANTARCIOĞLU**

İhsan Aksoy Sokak No:8 Daire:2 Fulya1 Apartmanı

Etiler BEŞİKTAŞ – İSTANBUL

Sözleşmede kısaca **LİSANS ALAN** olarak anılacaktır.

**1.2.    MUAZZEZ ERSOY**

Kültür Mahallesi Küçük Çamlık Sitesi No:17

ETİLER / İSTANBUL

Sözleşmede kısaca **SANATÇI** olarak anılacaktır.

### MADDE 2 – SÖZLEŞMENİN KONUSU

**2.1.**    Münhasıran **LİSANS ALAN**' na verilmek üzere, sanatçı **SANATÇI**' nın seslendirdiği kendisine ait olan işbu sözleşme tahtında seslendirdiği eserlerin icracısı / yorumcusu ( Artistim Performance ) Merchandising hakları, Telif hakları, Dijital hakları' nın **LİSANS ALANA**' na devri ve tüm bunlara ilişkin faaliyetler ile tarafların hak ve yükümlülüklerinin belirlenmesi işbu sözleşmenin konusunu teşkil eder.

### MADDE 3 – HAKLARIN DEVRİ

**3.1.**    **SANATÇI** okuduğu eserlerin tüm dünya üzerinde her türlü dijital ortamda görüntülü ve görüntüsüz yayma, pazarlama, yayın ve dijital satma hakları 5846 Sayılı Fikir ve Sanat Eserleri Kanunu, 5224 Sayılı Sinema Video ve Müzik Eserleri Yasası, 6112 Sayılı Radyo ve Televizyonların Kuruluş ve Yayınları Hakkındaki Yasa ve konu ile ilgili diğer yasal düzenlemeler muvacehesinde süre, yer ve sayı bakımından sınırlandırılmamış olarak **LİSANS ALAN**' a aittir.

**3.2.**    **SANATÇI**' nın okuduğu eserlerin yurt içinde ve yurt dışındaki internet radyo, internet TV, internet siteleri, dijital ortamında satış, yayın/yayım klip yapım hak ve yetkileri **LİSANS ALAN**' a aittir.

**3.3.**    Eserler'i yayınlama ve satma hakkı bakımından, sosyal medya ve internet vasıtası ile Elektronik ve / veya dijital iletim de dahil olmak üzere her türlü işaret, ses ve / veya görüntü nakline yarayan araçlara gerekli olan formatta ( MPEG 1-4 ) ( Moving Picture Expert Group inkl. MP3 ), AAC ( Advanced Audio Coding ), VQF/Twin VQ ( Transform-domain Weighted Interleave Vector Quantization ), MIDI ( Music Instrument Digital Interface ), AVI ( Audio Video Interleave ), v.d. , analog ya da dijital bilgi bankasında ( Media Serverları, web Serverları ), kablolu ya da kablosuz elektronik bilgi ağlarında ( örneğin Internet, Intranet, iptv, Web-TV, Web-Radio ), telefon ağlarında ya da internet ortamında kullanılan diğer ağlarda ( Örneğin 3G veya UMTS ( Universal Mobile Telecommunications Systems ), SMS ( Short Message Service ), EMS ( Enhanced Message Service ), MMS ( Multimedia Message Service ) yüklemesi ve yayınlanması, sureti ile umuma iletimi ve bu amaçla işlenmesi çoğaltılması ve yayılması hakları **LİSANS ALAN**' a aittir.    24 -04- 2014

**14 / 101**

**3.4.** Eserler'e ilişkin olarak yalnızca müzik klibi yayınlama hakkı bakımından dünya çapında uluslararası yayıncılık dilinde watch now, Electronic Sell Through ( EST ) Pay-Per-View ( PPV, izle öde ), video on demand ( VOD - isteğe bağlı yayın ) transactional video on demand ( TVOD, işlemsel isteğe bağlı yayın ), subscription video on demand (SVOD, reklam destekli abonelik isteğe bağlı yayın), Free Video-on-Demand (FVOD, serbest isteğe bağlı yayın) ve reklam destekli ( SVOD reklam destekli, aboneli isteğe bağlı yayın ), dahil ve bunlarla sınırlı olmamak üzere benzeri türevdeki hakların kullanımı, Eserler'in son kullanıcıya isteğe bağlı içerik hizmetleri ile aynı veya benzeri servisler aracılığıyla umuma iletimi hakları LİSANS ALAN' a aittir.

**3.5.** Eserler'in müzik klibi yayınlama hakkı bakımından dünya çapında IPTV, Mobil TV, internet ve mobil teknolojiler vb. Dijital ortamlar aracılığıyla yayın hakları, OTT ( Over The Top – applications – uygulamalar ) hakları LİSANS ALAN' a aittir.

**3.6.** Yükleme ya da yayın yapılırken eserler için müzik klibi yayınlama veya dijital radyo yayın hakkı bakımından veya dijital satış hakkı bakımından, eserler'in önünde, arkasında veya içinde kullanılmak üzere her türlü reklamın alınması, sponsor bulunması, ( RTÜK mevzuatına uygun, genel izleyici kurallarını ihlal edici nitelikte siyaset ve cinsellik öğeleri içermeyen ) yayın sırasında başkaca linklere gönderme yapılması ve her türlü gelir getirici işlemin yapılması hakları LİSANS ALAN' a aittir.

**3.7.** İşbu yukarıda belirtilen hakların kullanımı sırasında müzik klibi, dijital yayınlama veya satış hakkı bakımından, ihtiyaç görülmesi halinde, hiçbir şekilde içeriğinde değişiklik yapılmadan Eserler'in bölümlere ayrılması, kısaltılması, uzatılması, kesilmesi ve bu itibar ile işlenmesi hakları LİSANS ALAN' a aittir.

**3.8.** İşbu Sözleşme'ye konu hakların müzik klibi yayınlama, dijital müzik yayınlama veya dijital satış hakkı bakımından üçüncü kişiler tarafından, izinsiz olarak kullanılması ve/veya yararlanılması halinde sözkonusu tecavüzleri önlemek veya sona erdirmek adına ihlale sebep olan üçüncü kişi veya kurumlara karşı şikayette bulunma, tazminat davası dahil her türlü dava açma, takip ve tahsil etme ve yasal yollarla başvurma hakları ve bu hakları kullanmak amacı ile vekil tevkil etme hakkı LİSANS ALAN' a aittir.

**3.9.** Eserler'in yayınlama veya satış hakkı bakımından, işbu Sözleşme'de belirtilen haklar ile sınırlı olmak üzere haklarını Youtube, Myvideo, Sevenload, Facebook, Yahoo, Rhapsody, Simfy, Muve Music, My Space Music, iHeard Radio, Nokia, Media Net, Jango Airplay, Avea Music, Turkcell Music, TTNET Music, Spotify, Deezer, Google Play, Amazo MP3, XBox Music, Music Unlimited, Rdio, eMusic, WIMP, Google, Daily mation, Mynet, Yandex, Zvooq, Mail.ru, iTunes gibi sitelere, firma / kişilere ve bu sistemlere / terimlere ait yayın firmalarına devretme, kullandırma, kiralama yetkisine haizdir. Ancak, bu devirlere ilişkin 3. kişilerle yapacağı sözleşmelerle ilgili LİSANS ALAN, SANATÇI' ya sözleşme yapılacak olmasını, detay ve şartlarını, bedellerini bildirerek SANATÇI' nın bilgi sahibi olması ve tavsiye niteliğindeki görüşlerinden sonra bu sözleşmeleri akdedecektir.

**3.10.** SANATÇI, işbu sözleşmenin akdinden önce, hiçbir gerçek ve tüzel kişi ile, Dijital alanda veya merchandising hakları ile ilgili sözleşmesinin bulunmadığını beyan ve kabul eder. SANATÇI, sözleşme kapsamına giren tüm yapıtları kendisi seslendirmiş ve yapmış olup, başka bir firmaya, şahıs veya şirket ile ayrı bir sözleşme yapmayacağını kabul eder. Aksi takdirde LİSANS ALAN' ın bu nedenle uğrayacağı tüm zararları karşılamayı kabul ve taahhüt eder.

2 4 -04- 2014

**14 / 101**

**3.11.** SANATÇI, sözleşme kapsamındaki yapımlarda seslendirdiği / yorumladığı hit eserlerin, LİSANS ALAN tarafından, sözleşmede belirtilen şartlar doğrultusunda, muvafakatının tam olduğunu beyan, kabul ve taahhüt eder. Buralardan gelen bürüt cirodan, sanatçı %50 oranında gelir hakkı alacaktır. Sanatçı yapılan veya yapılacak olan tüm masraflara müdahil değildir. Tüm giderler LİSANS ALAN tarafından karşılanacak, %50 gelir hakkı yapılan bürüt cirodan fatura karşılığında, her üç ( 3 ) ayda bir yapılacaktır.

**3.12.** SANATÇI, telif haklarını ve bütün bu sayılan haklarından doğacak telif ücretlerinin/mali hak bedellerinin tahsili haklarını işbu sözleşme uyarınca Türkiye Cumhuriyeti sınırları içinde, dışında tüm dünya'yı kapsayacak şekilde LİSANS ALAN' a münhasıran yetkili kılmıştır. SANATÇI bu haklardan doğacak gelirlerden, bürüt ciro üzerinden %50 fatura karşılığı gelir kakı alacaktır. Sanatçı yapılan veya yapılacak olan tüm masraflara müdahil değildir. Tüm giderler LİSANS ALAN tarafından karşılanacaktır.

**3.13.** SANATÇI' nın bu hakları yalnızca devrettiği eserler ile sınırlıdır. LİSANS ALAN, bu eserler dışında, diğer üretilen eserlerden, bir hak talep edemez.

**3.14.** SANATÇI, eserlerin 3.kişi ve kuruluşların ve devlet organlarına zarar verecek veya yasalara aykırı herhangi bir unsur içermediğini 3. kişilerin maddi ve manevi haklarına tecavüz etmediğini LİSANS ALAN' a işbu sözleşme ile devraldığı haklara zara verecek mevcut veya muhtemel bir hukuk veya ceza davası takip talep veya idari işlem bulunmadığını beyan kabul ve taahhüt eder.

**3.15.** SANATÇI, devrettiği tüm ESERLERİ' ne ilişkin, bu sözleşme gereği seslendirdiği eserlerinin her türlü topluluk önündeki gösterilerde ve / veya Radyo, Televizyon ve/veya diğer yöntem ve araçlarla görüntülü veya görüntüsüz olarak yayınlanmasına ilişkin " artistic performance " adı Altındaki icracı / yorumcu, telif hakları, komşu haklarına ilişkin icrası ücretlerinin tahakkuku, takibi ve tahsili haklarını fikir ve sanat eserleri kanunu ve konu ile ilgili diğer yasal düzenlemeler muvacehesinde, münhasıran LİSANS ALAN' a devretmiştir. İşbu sözleşme sözleşmede yazılı olan ve yazılacak olan SANATÇI tarafından LİSANS ALAN' a devredilmiş tüm hakları LİSANS ALAN' ın kullanabilmesine yönelik olarak işbu sözleşmenin yurt içi ve yurt dışında devlet daireleri resmi ve/veya gayri resmi tüm kurum kuruluş ve makamlar ve meslek birlikleri nezdinde gayri kabili rücu nitelikte izin/yetki muvafakat ve vekalet belgesi olarak düzenlenmiştir. LİSANS ALAN' ın tüm bu konularda ve SANATÇI' nın devrettiği haklara ilişkin telif ücretlerinin takibin tahakkuku ve tahsiline ESERLER hakkında bu sözleşmedeki haklarla ilgili onun icazeti bilgisi ve yazılı onayı olmaksızın sözleşmedeki haklarla ilgili ve sınırlı olarak işlem tasarruf dava şikayet başvuru sözleşme yapma şikayeti geri alma ve diğer işlemlerle ilgili olarak SANATÇI' münhasıran ve münferiden tam yetkili olduğunu beyan kabul ve taahhüt eder.

**3.16.** SANATÇI işbu Sözleşme'de belirtilen haklara ilişkin münhasıran lisans verdiği ve bu hakların kullanımı üzerinde serbestçe tasarruf etme hakkının bulunduğunu, belirtilen hakların kullanılmasına engel herhangi bir yasal ve idari durum olmadığını kabul ve beyan eder.

2 4 -04- 2014

**14 / 1 0 1**

## MADDE 4 – MUVAFAKATNAME / İZİN BELGESİ / VEKALET

**4.1.** İşbu sözleşme, yukarıdaki maddelerde yazılı **SANATÇI** tarafından **LİSANS ALAN'** a devredilmiş tüm hakları **LİSANS ALAN'** ın kullanabilmesine yönelik olarak izin ve vekalet belgesi olarak da düzenlenmiştir. **SANATÇI**, işbu sözleşme metninin tamamında yer alan devrettiği tüm hakları, yetkileri kullanmada **LİSANS ALAN'** ın bizzat yetkili olduğunu, işbu sözleşmenin yurtiçinde ve/veya yurtdışında devlet daireleri, resmi ve/veya gayri resmi tüm kurum , kuruluş ve makamlar nezrinde ' muafakatname' , ' izin belgesi' veya hangi ad ile anılırsa anılsın ' yetki belgesi' ve ' vekaletname' yerine geçtiğini, **LİSANS ALAN'** ın tüm bu konularda münhasıran, tam yetkili olduğunu beyan, kabul ve taahhüt eder.

**4.2.** **LİSANS ALAN** aldığı bu yetkilerle sözleşme konusu haklarla ilgili olarak **SANATÇI** adına her türlü hukuk idari ve ceza davası açabilir davacı olabilir suç duyurusunda bulunabilir şikayetçi olabilir şikayetini geri alabilir. Gerekmesi halinde **SANATÇI**, **LİSANS ALAN'** a veya doğrudan avukatlara gerekli olan vekaleti noterden verecektir. Eserlerle ilgili olmak kaydı ile davaların kimin tarafından açıldığına bakılmaksızın takip dava ve avukatlık masrafları olduğu takdirde öncelikle bu masraflar düşüldükten sonra dağıtım planında belirtilen oranlara göre tazminat bedelleri **SANATÇI** ile **LİSANS ALAN** arasında paylaşılacaktır.

## MADDE 5 – DEVİR

**5.1.** **LİSANS ALAN**, işbu sözleşme ile kendisine ait olan ve sözleşmenin bütününde tadat edilen her tür haklarını ve vecibelerini kısmen veya tamamen, başka bir gerçek veya tüzel kişiliğe devredebilir. **SANATÇI**, işbu sözleşme ile sahip olduğu hakları başkasına devredemez. **SANATÇI** , bu hususa hiçbir şekilde itirazının olmadığını peşinen beyan, kabul ve taahhüt eder.

## MADDE 6 – GİZLİLİK

**6.1.** **SANATÇI**, gerek akdettikleri işbu sözleşme şartlarını, gerekse bu çerçevede gerçekleştirecekleri çalışmaları kendi uhdesinde tutmayı, sözleşmeye tabi konuları ve bilgileri diğer gerçek ve tüzel kişilere aktarmamayı, yazılı ve görüntülü basın organlarında **LİSANS ALAN** aleyhine beyanatta bulunmamayı, **LİSANS ALAN'** da aynen sanatçı hakkında aleyte beyanatta bulunmamayı aksine tutum ve davranışlarda bulunması halinde cezai şart ödemeyi beyan, kabul ve taahhüt eder.

## MADDE 7 – FESİH VE CEZAİ ŞART

**7.1.** **LİSANS ALAN ve SANATÇI** diledikleri taktirde herhangi bir süreye ve/ veya sebebe bağlı kalmaksızın ve herhangi bir tazminat ödemeksizin işbu sözleşmeyi derhal hüküm doğurmak üzere çift taraflı fesh edebilir. Ancak Fesih yapan taraf yapılan harcamaları diğer tarafa ödiyecek bununla ilgili herhangi bir ceza uygulanmıyacaktır.

**7.2.** **SANATÇI ve LİSANS ALAN** işbu sözleşmenin tüm hükümlerine riayet etme zorunda olduğunu ve bu sözleşme maddelerinde mevcut tüm şartlara tam olarak uymayı şimdiden kabul, beyan ve taahhüt eder. Sözleşmenin herhangi bir hükmünü ihlal ve/veya sözleşmeyi haksız şekilde fesih eden **SANATÇI**, **LİSAN ALAN'** ın bu yüzden uğrayacağı her türlü zararı (Müspet -Menfi) tazmin edeceğini ve ayrıca hiçbir ihtara gerek kalmaksızın **LİSANS ALAN'** a defaten ve peşin olarak cezai şartı ödeyeceğini beyan, kabul ve taahhüt eder. 2 4 -04- 2014

**14 / 101**

7.3. **SANATÇI,** herhangi bir tesir ve baskı altında kalmaksızın, yazılı hususları anladığını, hür ve serbest iradesi ile bu maddedeki yazılı hususları tüm sözleşme hükümlerinin yanı sıra aynen kabul ettiğini, kesin ve gayri kabul rücu olarak kabul ettiğini, beyan kabul ve taahhüt eder.

## MADDE 8 – HÜKÜM İPTALİ

8.1. İşbu sözleşmenin herhangi bir hükmünün mahkeme ve/veya yasal bir organca iptali halinde bu durum diğer hükümlerin yürürlüğüne bir etkide bulunmaz. Bu iptal edilenin dışında kalan diğer tüm hükümleri ile birlikte işbu sözleşme yürürlüğe devam eder. Taraflar bu hususu kabul ederler.

## MADDE 9 – TEBLİGAT

9.1. Taraflar, işbu sözleşmede belirtilen adreslerinin yasal tebligat adresleri olduğunu, bu adresler yapılacak tebligatın, adres değişikliği karşı tarafa noterlik marifetiyle yollanan bir ihbarname ile bildirmedikçe yasal bir tebligatın bütün sonuçlarını doğuracağını kabul ve beyan ederler.

## MADDE 10 – YETKİ

10.1. Taraflar, işbu sözleşmenin tatbik ve tefkirinden doğan uyuşmazlıkları öncelikle kendi aralarında sulhun halletmeye gayret edeceklerdir. Sulhun halledilemeyen uyuşmazlıklarda İstanbul ( Merkez) mahkemeleri ve icra daireleri yetkilidir.

İşbu **10** maddeden ibaret sözleşme, **24.04.2014** tarihinde **3 (ÜÇ)** nüsha olarak tanzim edilmiş ve içeriği taraflarca okunup imza alınmıştır. İş bu sözleşmenin **3 sayfa ek** bulunmakta, bu eklerde, **SANATÇI'** ya ait devredilen eserler vardır.

**LİSANS ALAN**

**MERT KANTARCIOĞLU**

**SANATÇI**

**MUAZZEZ ERSOY**

2 4 -04- 2014

**14 / 101**

İş bu liste 24.04.2014 tarihinde yapılmış Telif hakları ve dijital hakları sözleşmesinin ayrılmaz bir parçasıdır.

| | ALBÜM ADI | SANATÇI | PARÇA ADI |
|---|---|---|---|
| 1 | Sensizlik Bu | MUAZZEZ ERSOY | Sensizlik bu |
| 2 | Sensizlik Bu | MUAZZEZ ERSOY | Yaşıyorum seninle |
| 3 | Sensizlik Bu | MUAZZEZ ERSOY | Anlaştık mı |
| 4 | Sensizlik Bu | MUAZZEZ ERSOY | Dur bitmedi |
| 5 | Sensizlik Bu | MUAZZEZ ERSOY | Uzaktasın uzak |
| 6 | Sensizlik Bu | MUAZZEZ ERSOY | Öyle olur böyle olur |
| 7 | Sensizlik Bu | MUAZZEZ ERSOY | Benim ol |
| 8 | Sensizlik Bu | MUAZZEZ ERSOY | Benim sende gönlüm var |
| 9 | Sensizlik Bu | MUAZZEZ ERSOY | Bir yangın sonrası |
| 10 | Sensizlik Bu | MUAZZEZ ERSOY | Şimdi bu arılık nerden çıktı |
| 11 | Sensizlik Bu | MUAZZEZ ERSOY | Al atımı sürerim |
| 12 | Sensizlik Bu | MUAZZEZ ERSOY | İşte seni seven benim |
| 13 | Sensizlik Bu | MUAZZEZ ERSOY | Gideceğim gurbet eldir |
| 14 | Sizi Seviyorum | MUAZZEZ ERSOY | Dün gece |
| 15 | Sizi Seviyorum | MUAZZEZ ERSOY | Ağlama |
| 16 | Sizi Seviyorum | MUAZZEZ ERSOY | Hey hey |
| 17 | Sizi Seviyorum | MUAZZEZ ERSOY | Bulamadım |
| 18 | Sizi Seviyorum | MUAZZEZ ERSOY | Hazır değilim |
| 19 | Sizi Seviyorum | MUAZZEZ ERSOY | Sev seveceksen |
| 20 | Sizi Seviyorum | MUAZZEZ ERSOY | Yanar küle dönerim |
| 21 | Sizi Seviyorum | MUAZZEZ ERSOY | Çıksam bu dağların yücelerine |
| 22 | Sizi Seviyorum | MUAZZEZ ERSOY | Dereler çağlar oldu |
| 23 | Sizi Seviyorum | MUAZZEZ ERSOY | Elveda |
| 24 | Sizi Seviyorum | MUAZZEZ ERSOY | Doldur kadahi |
| 25 | Sizi Seviyorum | MUAZZEZ ERSOY | Elimde değil |
| 26 | Sizi Seviyorum | MUAZZEZ ERSOY | Vur patlasın |
| 27 | Nostalji 1 | MUAZZEZ ERSOY | Kalbimi kıra kıra |
| 28 | Nostalji 1 | MUAZZEZ ERSOY | Yollar uzak gelemedim |
| 29 | Nostalji 1 | MUAZZEZ ERSOY | Adını anmayacağım |
| 30 | Nostalji 1 | MUAZZEZ ERSOY | Bir bahar akşamı |
| 31 | Nostalji 1 | MUAZZEZ ERSOY | Söyleyin yıldızlar |
| 32 | Nostalji 1 | MUAZZEZ ERSOY | Sevemedim kara gözlüm |
| 33 | Nostalji 1 | MUAZZEZ ERSOY | Bir fılcan kahve olsam |
| 34 | Nostalji 1 | MUAZZEZ ERSOY | Bir rüzgardır |
| 35 | Nostalji 1 | MUAZZEZ ERSOY | Gecenin matemi |
| 36 | Nostalji 1 | MUAZZEZ ERSOY | Pişman olurda bir gün |
| 37 | Nostalji 1 | MUAZZEZ ERSOY | Kıskanırım seni ben |
| 38 | Nostalji 1 | MUAZZEZ ERSOY | Kader böyle imiş |
| 39 | Nostalji 1 | MUAZZEZ ERSOY | Bağdat yolu |
| 40 | Nostalji 1 | MUAZZEZ ERSOY | Potpori (Açılan bir gül gibi |
| 41 | Nostalji 1 | MUAZZEZ ERSOY | Yemenimde hare var |
| 42 | Nostalji 1 | MUAZZEZ ERSOY | Ağlama değmez hayat |
| 43 | Nostalji 2 | MUAZZEZ ERSOY | Severek ayrılalım |
| 44 | Nostalji 2 | MUAZZEZ ERSOY | Kollarında öleyim |
| 45 | Nostalji 2 | MUAZZEZ ERSOY | İntizar |
| 46 | Nostalji 2 | MUAZZEZ ERSOY | Aşkın kanunu |
| 47 | Nostalji 2 | MUAZZEZ ERSOY | Kader diyemezsin |
| 48 | Nostalji 2 | MUAZZEZ ERSOY | Sabır taşı |
| 49 | Nostalji 2 | MUAZZEZ ERSOY | Aşkla başım hoş değil |
| 50 | Nostalji 2 | MUAZZEZ ERSOY | Dert ortağım benim |
| 51 | Nostalji 2 | MUAZZEZ ERSOY | Beklenen şarkı |
| 52 | Nostalji 2 | MUAZZEZ ERSOY | Gözleri aşka gülen |
| 53 | Nostalji 2 | MUAZZEZ ERSOY | Sevmekten kim usanır |
| 54 | Nostalji 2 | MUAZZEZ ERSOY | Ben küskünüm feleğe |
| 55 | Nostalji 2 | MUAZZEZ ERSOY | Sus sus sus |
| 56 | Nostalji 2 | MUAZZEZ ERSOY | Unutamam seni |
| 57 | Nostalji 2 | MUAZZEZ ERSOY | Kahverengi gözlerin |
| 58 | Nostalji 2 | MUAZZEZ ERSOY | Sen bir yana |
| 59 | Nostalji 2 | MUAZZEZ ERSOY | Kadehinde zehir olsa |
| 60 | Nostalji 2 | MUAZZEZ ERSOY | Senede bir gün |
| 61 | Nostalji 3 | MUAZZEZ ERSOY | Sevemez kimse seni |
| 62 | Nostalji 3 | MUAZZEZ ERSOY | Eskidendi o |

2 4 -04- 2014

14 / 107

| 63 | Nostalji 3 | MUAZZEZ ERSOY | Zor dostum zor |
| 64 | Nostalji 3 | MUAZZEZ ERSOY | Kulakların çınlasın |
| 65 | Nostalji 3 | MUAZZEZ ERSOY | Ayrılmalıyız artık |
| 66 | Nostalji 3 | MUAZZEZ ERSOY | Oyun bitti |
| 67 | Nostalji 3 | MUAZZEZ ERSOY | Aşkımız bir roman |
| 68 | Nostalji 3 | MUAZZEZ ERSOY | Ellerim böyle boş |
| 69 | Nostalji 3 | MUAZZEZ ERSOY | Şu göğsüm yırtılıp |
| 70 | Nostalji 3 | MUAZZEZ ERSOY | Sesinde şarkısı |
| 71 | Nostalji 3 | MUAZZEZ ERSOY | At kadehi elinden |
| 72 | Nostalji 3 | MUAZZEZ ERSOY | Kırılsın ellerim |
| 73 | Nostalji 3 | MUAZZEZ ERSOY | Ayrılık kolay değil |
| 74 | Nostalji 3 | MUAZZEZ ERSOY | Samanyolu |
| 75 | Nostalji 3 | MUAZZEZ ERSOY | Dumanlı dumanlı |
| 76 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Nasıl geçti habersiz |
| 77 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Merak etme sen |
| 78 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Bir cennettir bu dünya |
| 79 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Leylakların altında |
| 80 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Unutursun diye |
| 81 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Yeşil ördek gibi |
| 82 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Akşam olur gölgelenir kayalıklar |
| 83 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Hayat harcadın beni |
| 84 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Dayanılmaz bir çile |
| 85 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Artık mum yakta ara |
| 86 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Kim derdiki biz ayrılacağız |
| 87 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Bu ne sevgi ah |
| 88 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Veda busesi |
| 89 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Aşığım aşık |
| 90 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Benimde canım var |
| 91 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Dalgalandımda duruldum |
| 92 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Sen bensiz ben sensiz |
| 93 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Benim gözüm sende |
| 94 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Falcı |
| 95 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Bitmeyen çile |
| 96 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Bilemezsinki |
| 97 | Nostalji 4-5-6 | MUAZZEZ ERSOY | O ağacın altında |
| 98 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Sigaramda duman duman |
| 99 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Gezdiğim dikenli aşk yollarında |
| 100 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Hasta ettin beni |
| 101 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Sokağın altındayım |
| 102 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Karlı bir kış günü |
| 103 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Hicaz humayim peşrevi |
| 104 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Ah yine neşe i muhabbet |
| 105 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Gönlüm yaralı |
| 106 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Yeşil gözlerini ufkuma gerki |
| 107 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Yollarına gül döktüm |
| 108 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Belki bir sabah geleceksin |
| 109 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Unut beni kalbimdeki hicranla |
| 110 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Yemenimde hare var |
| 111 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Ölürsem yazıktır sana |
| 112 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Yanıyormu yeşil köşkün lambası |
| 113 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Seni kırda görmüşler |
| 114 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Bir tatlı tebessüm |
| 115 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Batan gün kana benziyor |
| 116 | Nostalji 4-5-6 | MUAZZEZ ERSOY | Şu dağlar delmeli |
| 117 | Nostalji 7 | MUAZZEZ ERSOY | Agora Myhanesi |
| 118 | Nostalji 7 | MUAZZEZ ERSOY | Elbet birgün buluşacağız |
| 119 | Nostalji 7 | MUAZZEZ ERSOY | Arım balım peteğim |
| 120 | Nostalji 7 | MUAZZEZ ERSOY | Yazık olacak |
| 121 | Nostalji 7 | MUAZZEZ ERSOY | Sen ne biçim sevgilisin |
| 122 | Nostalji 7 | MUAZZEZ ERSOY | Bir zamanlar bir yar vardı |
| 123 | Nostalji 7 | MUAZZEZ ERSOY | Kadere bak |
| 124 | Nostalji 7 | MUAZZEZ ERSOY | Dargın ayrılmayalım |
| 125 | Nostalji 7 | MUAZZEZ ERSOY | Hatırla ey peri |
| 126 | Nostalji 7 | MUAZZEZ ERSOY | Ne zaman geleceksin |
| 127 | Nostalji 7 | MUAZZEZ ERSOY | Gurbet o kadar acı ki |
| 128 | Nostalji 7 | MUAZZEZ ERSOY | Civelek |

2 4.-04- 2014

**14 / 101**

| 129 | Nostalji 8 | MUAZZEZ ERSOY | Can bedenden çıkmayınca |
|-----|-----------|---------------|------------------------|
| 130 | Nostalji 8 | MUAZZEZ ERSOY | Reyhan |
| 131 | Nostalji 8 | MUAZZEZ ERSOY | Firuze |
| 132 | Nostalji 8 | MUAZZEZ ERSOY | Duydum ki unutmuşsun |
| 133 | Nostalji 8 | MUAZZEZ ERSOY | Unuttun beni zalim |
| 134 | Nostalji 8 | MUAZZEZ ERSOY | Kaderimin oyunu |
| 135 | Nostalji 8 | MUAZZEZ ERSOY | Gökyüzünde yalnız gezen yıldızlar |
| 136 | Nostalji 8 | MUAZZEZ ERSOY | Sevil de sevme |
| 137 | Nostalji 8 | MUAZZEZ ERSOY | Nisan yağmuru |
| 138 | Nostalji 8 | MUAZZEZ ERSOY | Sen gözlerimde bir renk |
| 139 | Nostalji 8 | MUAZZEZ ERSOY | Kışlada bahar |
| 140 | Nostalji 9 | MUAZZEZ ERSOY | Son ümidimde bitti |
| 141 | Nostalji 9 | MUAZZEZ ERSOY | Çok geceler bekledim |
| 142 | Nostalji 9 | MUAZZEZ ERSOY | Tel tel taradım zülfünü |
| 143 | Nostalji 9 | MUAZZEZ ERSOY | Klarnet-kanun taksimi |
| 144 | Nostalji 9 | MUAZZEZ ERSOY | Gönül aşkınla |
| 145 | Nostalji 9 | MUAZZEZ ERSOY | Kalenin bedenleri |
| 146 | Nostalji 9 | MUAZZEZ ERSOY | Klarnet taksimi |
| 147 | Nostalji 9 | MUAZZEZ ERSOY | Beklerim hergün bu sahillerde |
| 148 | Nostalji 9 | MUAZZEZ ERSOY | Adanın yeşil çamları |
| 149 | Nostalji 9 | MUAZZEZ ERSOY | Akasyalar açarken |
| 150 | Nostalji 9 | MUAZZEZ ERSOY | Keman taksimi |
| 151 | Nostalji 9 | MUAZZEZ ERSOY | Menekşe gözler hülyalı |
| 152 | Nostalji 9 | MUAZZEZ ERSOY | Ayva çiçek açmış |

2 4 -04- 2014

**14 / 101**

İş bu liste 24.04.2014 tarihinde yapılmış Telif hakları ve dijital hakları sözleşmesinin ayrılmaz bir parçasıdır.

| | ALBÜM ADI | SANATÇI | PARÇA ADI |
|---|---|---|---|
| 1 | Nostalji 10 | MUAZZEZ ERSOY | Güz gülleri |
| 2 | Nostalji 10 | MUAZZEZ ERSOY | Bir garip yolcuyum |
| 3 | Nostalji 10 | MUAZZEZ ERSOY | Bir teselli ver |
| 4 | Nostalji 10 | MUAZZEZ ERSOY | Güller ağlasın |
| 5 | Nostalji 10 | MUAZZEZ ERSOY | İkimiz bir fidanız |
| 6 | Nostalji 10 | MUAZZEZ ERSOY | Olmaz olmaz bu iş olamaz |
| 7 | Nostalji 10 | MUAZZEZ ERSOY | Gülüm benim |
| 8 | Nostalji 10 | MUAZZEZ ERSOY | Aşkımıza ağlıyorum |
| 9 | Nostalji 10 | MUAZZEZ ERSOY | Gönlümün sultanısın |
| 10 | Nostalji 10 | MUAZZEZ ERSOY | Şu dağlarda kar olsaydım |
| 11 | Nostalji 10 | MUAZZEZ ERSOY | Köprüden geçti gelin |
| 12 | Nostalji 10 | MUAZZEZ ERSOY | Çayeli' nden öteye |
| 13 | Nostalji 10 | MUAZZEZ ERSOY | Oy oy Emine |
| 14 | Nostalji 10 | MUAZZEZ ERSOY | Mısırı kuruttun mu |
| 15 | Nostalji 11 | MUAZZEZ ERSOY | Artık sevmeyeceğim |
| 16 | Nostalji 11 | MUAZZEZ ERSOY | Yağmur |
| 17 | Nostalji 11 | MUAZZEZ ERSOY | Böyle ayrılık olmaz |
| 18 | Nostalji 11 | MUAZZEZ ERSOY | Gündüzüm seninle |
| 19 | Nostalji 11 | MUAZZEZ ERSOY | Aşkın bahardı |
| 20 | Nostalji 11 | MUAZZEZ ERSOY | Son mektup |
| 21 | Nostalji 11 | MUAZZEZ ERSOY | Tanbur taksimi |
| 22 | Nostalji 11 | MUAZZEZ ERSOY | Dağlar dağlar |
| 23 | Nostalji 11 | MUAZZEZ ERSOY | Kanun taksimi |
| 24 | Nostalji 11 | MUAZZEZ ERSOY | Elveda meyhaneci |
| 25 | Nostalji 11 | MUAZZEZ ERSOY | Albümdeki resimler |
| 26 | Nostalji 11 | MUAZZEZ ERSOY | Körfezdeki üç beş güzel |
| 27 | Nostalji 11 | MUAZZEZ ERSOY | Meyhanelerde akşam olunca |
| 28 | Nostalji 11 | MUAZZEZ ERSOY | Tabancamın sapını |
| 29 | Nostalji 12 | MUAZZEZ ERSOY | Ney - kemençe taksimi |
| 30 | Nostalji 12 | MUAZZEZ ERSOY | Ayrılık yaman kelime |
| 31 | Nostalji 12 | MUAZZEZ ERSOY | İncecikten bir kar yağar |
| 32 | Nostalji 12 | MUAZZEZ ERSOY | Leyla bir özge candır |
| 33 | Nostalji 12 | MUAZZEZ ERSOY | Kanun taksimi |
| 34 | Nostalji 12 | MUAZZEZ ERSOY | Benzemez kimse sana |
| 35 | Nostalji 12 | MUAZZEZ ERSOY | Odasına girdim fincan elinde |
| 36 | Nostalji 12 | MUAZZEZ ERSOY | Bir demet yasemen |
| 37 | Nostalji 12 | MUAZZEZ ERSOY | Şarkılar seni söyler |
| 38 | Nostalji 12 | MUAZZEZ ERSOY | Biz Çamlıca' nın üç gülüyüz |
| 39 | Nostalji 12 | MUAZZEZ ERSOY | Klarnet taksimi |
| 40 | Nostalji 12 | MUAZZEZ ERSOY | Söyleyemem derdimi |
| 41 | Nostalji 12 | MUAZZEZ ERSOY | Adalardan bir yar gelir |



1 5 -03- 2016

14 / 101

İş bu liste 24.04.2014 tarihinde yapılmış Telif hakları ve dijital hakları sözleşmesinin ayrılmaz bir parçasıdır.

| | ALBÜM ADI | SANATÇI | PARÇA ADI |
|---|---|---|---|
| 1 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Boş çerçeve |
| 2 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Gurbet kuşları |
| 3 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Babuba |
| 4 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Arkadaş |
| 5 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Yazımı kışa çevirdin |
| 6 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Seni kalbimden kovdum |
| 7 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | İlk göz ağrısı |
| 8 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Gözlerimden yüzün |
| 9 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Bülbülün çilesi |
| 10 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Şeytana uyduk bir kere |
| 11 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Gitti gidiyor |
| 12 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Yunus gibi |
| 13 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Huma kuşu |
| 14 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Mavi gözleş o biçim |
| 15 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Alışmışım bir kere |
| 16 | Kraliçeden Nostaljiler | MUAZZEZ ERSOY | Ben kalbini bilmezmiyim |
| 17 | Mozaik | MUAZZEZ ERSOY | Ağladım |
| 18 | Mozaik | MUAZZEZ ERSOY | Aşkım aşkım |
| 19 | Mozaik | MUAZZEZ ERSOY | Elveda |
| 20 | Mozaik | MUAZZEZ ERSOY | Rüzgar |
| 21 | Mozaik | MUAZZEZ ERSOY | Düştüm bir ateşe |
| 22 | Mozaik | MUAZZEZ ERSOY | Dönebilsem o yıllara |
| 23 | Mozaik | MUAZZEZ ERSOY | Çıra |
| 24 | Mozaik | MUAZZEZ ERSOY | Dün gece ye's ile |
| 25 | Mozaik | MUAZZEZ ERSOY | Gönül penceresinden |
| 26 | Mozaik | MUAZZEZ ERSOY | Sen gidell |
| 27 | Mozaik | MUAZZEZ ERSOY | 'Bilmiyorum kimin oğlu |
| 28 | Mozaik | MUAZZEZ ERSOY | Sar beni |
| 29 | Mozaik | MUAZZEZ ERSOY | Geldik gidiyoruz |
| 30 | Mozaik | MUAZZEZ ERSOY | Meviana |



1 5 -03- 2016

14 / 101

# EXHIBIT B

## YOUTUBE LINKS

https://www.youtube.com/watch?v=fwn-UsRPC6k Adını Anmayacağım

https://www.youtube.com/watch?v=XQAIjgMCzOI&t=60s Arım Balım Peteğim

https://www.youtube.com/watch?v=zirbbobO3e4 Aşkın Kanunu

https://www.youtube.com/watch?v=ZKNPm-azlYQ Belki Bir Sabah Geleceksin

https://www.youtube.com/watch?v=UcwXPpyNNsM Benim Gözüm Sende

https://www.youtube.com/watch?v=lSzYnL-x6oE Bir Fincan Kahve Olsam

https://www.youtube.com/watch?v=tHpkVQNDkg8 Dert Ortağım Benim

https://www.youtube.com/watch?v=HCnXT17u8t0 Dumanlı Dumanlı

https://www.youtube.com/watch?v=zEuy1aoYZH0 Elbet Bir Gün Buluşacağız

https://www.youtube.com/watch?v=2Xw0LllZdp4 Güz Gülleri

https://www.youtube.com/watch?v=l9K0wlvip0I İntizar

https://www.youtube.com/watch?v=GKhzWLh591c Kalbimi Kıra Kıra

https://www.youtube.com/watch?v=9ipRPItV8Z0 Kırılsın Ellerim

https://www.youtube.com/watch?v=WJuCgBZ09Ok Kulakların Çınlasın

https://www.youtube.com/watch?v=nO66CTLFM84 Nasıl Geçti Habersiz

https://www.youtube.com/watch?v=pGSxIYbN0Qg Veda

https://www.youtube.com/watch?v=lIigWYSRMu8 Yazık Olacak

EXHIBIT C

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-272-567

**Effective Date of Registration:**
October 13, 2020
**Registration Decision Date:**
January 21, 2021

---

## Title

**Title of Work:** Belki bir sabah geleceksin

## Completion/Publication

**Year of Completion:** 1999
**Date of 1st Publication:** April 12, 1999
**Nation of 1st Publication:** Turkey

## Author

- **Author:** Raks Muzik Yapim Sanayi ve Ticaret A.S.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** Turkey
  **Domiciled in:** Turkey

## Copyright Claimant

**Copyright Claimant:** Art Records, LLC
8 The Green, Suite # 10475, Dover, DE, 19901, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Art Records, LLC
**Name:** Mert Kantarcioglu
**Email:** mertkantarcioglu@gmail.com
**Telephone:** +905363367802
**Address:** camfistigi sokak no:8 daire 15 b blok pinar apt kadikoy
Istanbul 34728 Turkey

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-290-280

**Effective Date of Registration:**
October 05, 2020
**Registration Decision Date:**
May 05, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | Bir fincan kahve olsam |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1996 |
| **Date of 1st Publication:** | June 10, 1996 |
| **Nation of 1st Publication:** | Turkey |

## Author

| | |
|---|---|
| • **Author:** | Raks Muzik Yapim Sanayi ve Ticaret A.S. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | Turkey |
| **Domiciled in:** | Turkey |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Art Records, LLC |
| | 8 The Green, Suite # 10475, Dover, DE, 19901, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Records, LLC |
| **Name:** | Mert Kantarcioglu |
| **Email:** | mertkantarcioglu@gmail.com |
| **Telephone:** | +905363367802 |
| **Address:** | camfistigi sokak no:8 daire 15 b blok pinar apt kadikoy |
| | Istanbul 34728 Turkey |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-272-558

**Effective Date of Registration:**
October 05, 2020
**Registration Decision Date:**
January 21, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | Dert ortagim benim |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1997 |
| **Date of 1st Publication:** | June 17, 1997 |
| **Nation of 1st Publication:** | Turkey |

## Author

| | |
|---|---|
| • **Author:** | Raks Muzik Yapim Sanayi ve Ticaret A.S. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | Turkey |
| **Domiciled in:** | Turkey |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Art Records, LLC |
| | 8 The Green, Suite # 10475, Dover, DE, 19901, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Records, LLC |
| **Name:** | Mert Kantarcioglu |
| **Email:** | mertkantarcioglu@gmail.com |
| **Telephone:** | +905363367802 |
| **Address:** | camfistigi sokak no:8 daire 15 b blok pinar apt kadikoy |
| | Istanbul 34728 Turkey |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-272-876

**Effective Date of Registration:**
October 08, 2020
**Registration Decision Date:**
January 22, 2021

---

## Title

**Title of Work:** Dumanli dumanli

## Completion/Publication

**Year of Completion:** 1998
**Date of 1st Publication:** May 20, 1998
**Nation of 1st Publication:** Turkey

## Author

- **Author:** Raks Muzik Yapim Sanayi ve Ticaret A.S.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** Turkey
  **Domiciled in:** Turkey

## Copyright Claimant

**Copyright Claimant:** Art Records, LLC
8 The Green, Suite # 10475, Dover, DE, 19901, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Art Records, LLC
**Name:** Mert Kantarcioglu
**Email:** mertkantarcioglu@gmail.com
**Telephone:** +905363367802
**Address:** camfistigi sokak no:8 daire 15 b blok pinar apt kadikoy
Istanbul 34728 Turkey

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-272-876

**Effective Date of Registration:**
October 08, 2020
**Registration Decision Date:**
January 22, 2021

---

## Title

**Title of Work:** Dumanli dumanli

## Completion/Publication

**Year of Completion:** 1998
**Date of 1st Publication:** May 20, 1998
**Nation of 1st Publication:** Turkey

## Author

• **Author:** Raks Muzik Yapim Sanayi ve Ticaret A.S.
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** Turkey
**Domiciled in:** Turkey

## Copyright Claimant

**Copyright Claimant:** Art Records, LLC
8 The Green, Suite # 10475, Dover, DE, 19901, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Art Records, LLC
**Name:** Mert Kantarcioglu
**Email:** mertkantarcioglu@gmail.com
**Telephone:** +905363367802
**Address:** camfistigi sokak no:8 daire 15 b blok pinar apt kadikoy
Istanbul 34728 Turkey

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = Benim gözüm sende
Search Results: Displaying 1 of 1 entries

[previous] [next]

**Labeled View**

*Benim gozum sende.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002290285 / 2020-10-14 |
| **Application Title:** | Benim gozum sende. |
| **Title:** | Benim gozum sende. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Art Records, LLC, Transfer: By written agreement. Address: 8 The Green, Suite # 10475, Dover, DE, 19901, United States. |
| **Date of Creation:** | 1999 |
| **Date of Publication:** | 1999-06-24 |
| **Nation of First Publication:** | Turkey |
| **Authorship on Application:** | Raks Muzik Yapim Sanayi ve Ticaret A.S., employer for hire; Domicile: Turkey; Citizenship: Turkey. Authorship: entire motion picture. |
| **Rights and Permissions:** | Mert Kantarcioglu, Art Records, LLC, camfistigi sokak no:8 daire 15 b blok pinar apt kadikoy, Istanbul, 34728, Turkey, +905363367802, mertkantarcioglu@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Raks Muzik Yapim Sanayi ve Ticaret A.S. |
| | Art Records, LLC |

[previous] [next]

**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [_____] [Email]

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = Elbet bir gün buluşacağız
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

*Elbet bir gun bulusacagiz.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002290294 / 2020-10-31 |
| **Application Title:** | Elbet bir gun bulusacagiz. |
| **Title:** | Elbet bir gun bulusacagiz. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Art Records, LLC, Transfer: By written agreement. Address: 8 The Green, Suite # 10475, Dover, DE, 19901, United States. |
| **Date of Creation:** | 1999 |
| **Date of Publication:** | 1999-11-15 |
| **Nation of First Publication:** | Turkey |
| **Authorship on Application:** | Raks Muzik Yapim Sanayi ve Ticaret A.S., employer for hire; Domicile: Turkey; Citizenship: Turkey. Authorship: entire motion picture. |
| **Rights and Permissions:** | Mert Kantarcioglu, Art Records, LLC, camfistigi sokak no:8 daire 15 b blok pinar apt kadikoy, Istanbul, 34728, Turkey, +905363367802, mertkantarcioglu@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Raks Muzik Yapim Sanayi ve Ticaret A.S. |
| | Art Records, LLC |

◀ previous    next ▶

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Title = Aşkın kanunu

Search Results: Displaying 1 through 2 of 2 entries.

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| [ 1 ] | Askin kanunu. | Askin kanunu. | PA0002290283 | 1997 |
| [ 2 ] | Askin Kanunu, Album Track Number 4 | Works Published on the Album Nostalji 2. | SR0000990980 | 1996 |

Save, Print and Email (Help Page)

# Copyright
United States Copyright Office

Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Title = arım balım peteğim

Search Results: Displaying 1 through 2 of 2 entries.

◄ previous    next ►

Resort results by: [ ]    Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| ☐ [1] | Arim balim petegim. | Arim balim petegim. | PA0002290282 | 1999 |
| ☐ [2] | Arim Balim Petegim, Album Track Number 3 | Works Published on the Album Nostalji 7. | SR0000993249 | 1999 |

Resort results by: [ ]    Set Search Limits

Clear Selected    Retain Selected

◄ previous    next ►

Save, Print and Email (Help Page)

WebVoyage Titles

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=adını+anmayacağım&Search_Code=TALL&PID=F-bknAqZNv-drK7_5SnOtbLCgmH&SEQ=20250503194912&CNT=25&HIST=1

Art Records Mail    YouTube MP3 Dönü...    Google Çeviri    Attractive silver-eye...    Attractive hazel-eye...    Intriguing hazel-eye...    Gorgeous silver-eye...    LII 17 U.S. Code § 410 -...    Tüm Yer İşaretleri

# Copyright
United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Title = adını anmayacağım

Search Results: Displaying 1 through 2 of 2 entries.

◀ previous   next ▶

Resort results by: [        ]                                    Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|-----------|------------------|------|
| ☐ [ 1 ] | Adini anmayacagim. | Adini anmayacagim. | PA0002290284 | 1996 |
| ☐ [ 2 ] | Adini Anmayacagim, Album Track Number 3 | Works Published on the Album Nostalji 1. | SR0000991824 | 1995 |

Resort results by: [        ]                                    Set Search Limits

Clear Selected   Retain Selected

◀ previous   next ▶

Save, Print and Email (Help Page)

# EXHIBIT D









[VHQHT6HXZSi6KQDRQQC4HBOVTE] YouTube Telif Hakkı Şikayeti Gönderimi

▶ YouTube

**Telif Hakkı İhlali Bildirimi Onayı**

Bildiriniz için teşekkür ederiz. Geçerli olduğunu ve tüm gerekli öğeleri içerdiğini doğrulamak için isteğinizi inceliyoruz. İsteğinizle ilgili bir işlem yaptığımızda bu e-postayı yanıtlayacağız. Yayından kaldırma isteğinizin durumunu kanalınızın Telif Hakkı bölümünde yer alan "Yayından kaldırma istekleri" sekmesinden de kontrol edebilirsiniz.

Doldurduğunuz bilgiler şunlardır:

- Telif Hakkı Sahibinin Adı (varsa Şirket Adı): Art Records, LLC.
- Tam Yasal Adınız (takma adlar, kullanıcı adları veya sınırlı baş harfleri kabul edilmez): İbrahim Etem Kantarcıoğlu
- Unvanınız veya İş Pozisyonunuz (Bu şikayeti yapmak için sahip olduğunuz yetki nedir?): Genel Müdür
- Adres:
  - 320 N Palm Dr. Apt. 109 Beverly Hills CA 90210
  - Los Angeles, California 90210
  - US
- Kullanıcı Adı: Etem Kantarcıoğlu
- E-posta Adresi: artrecordslarare@gmail.com
- Telefon: +905373174877

- Hak İhlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si: https://www.youtube.com/watch?v=KjpRPtV8Z0
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Kırılsın Ellerim
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir. (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si: https://www.youtube.com/watch?v=GKhzrWLh9f1g
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Kalbimi Kıra Kıra
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir. (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si: https://www.youtube.com/watch?v=H-CnXT17u8s0
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Dumanlı Dumanlı
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir.(Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si: https://www.youtube.com/watch?v=XQAlipMCzOi
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Arım Balım Peteğim
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir. (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si: https://www.youtube.com/watch?v=fVn-UsRPC8k
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=fwn-UqRPCBk
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Adını Anmayacağım
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=t9H3wlvp0I
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: İntizar
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=fiigWYSRMw8
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Yazık Olacak
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=tScYnL-x9oE
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Bir Fincan Kahve Olsam
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=mOBhCTLFM84
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Nasıl Geçti Habersiz
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=zvbbobO3e4
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Aşkın Kanunu
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Telif hakkının geçerli olduğu ülke: US
- YALAN BEYANIN CEZAYA TABİ OLDUĞUNU BİLEREK, aşağıdakileri beyan ederim:
  - İhlal edildiği iddia edilen özel bir hakkın sahibiyim veya sahibi adına hareket etme yetkisi olan bir aracıyım.
  - Materyalin şikayet edildiği biçimde kullanılması için telif hakkı sahibi, aracısı veya yasanın yetki vermediğine iyi niyetle manıyorum ve
  - Bu bildirim doğru.
  - DMCA'nın 512(f) Bölümü uyarınca, malzemenin veya etkinliğin hak ihlalinde bulunduğu konusunda bilerek kasten yanlış beyanda bulunan kişilerin oluşan zararlardan sorumlu tutulabileceğini anlıyorum.
  - Bu aracın kötüye kullanımının YouTube kanalımın kapatılmasına yol açacağını anlıyorum.
- Yetkili İmza: İbrahim Etem Kantarooğlu

- YouTube Ekibi





▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 25, 2024 artrecordsetem@gmail.com wrote:

Video IDs: 9pRPlW820, GkloWLh691c, HCeXT17u8t0, XlQAligMCzDI, fwn-UsRPOfk, 9K0wlwp0l, IlgiWYSRMu8, iSzYnL-x6oE, nO66CTLFM64, zrbbob03e4

YouTube Copyright <youtube-disputes+3.8bxLLsgz6xg5OPE@google.com>
Alıcı: ben

26 Şub Pzt 05:13

▶ YouTube

Merhaba Etem Kantarcıoğlu,

İçerik kaldırma isteğiniz için teşekkür ederiz. İsteğinizi inceledik. Sürecin devamı için daha fazla bilgiye ihtiyacımız var. Videoların durumuyla ilgili güncel bilgileri edinmek için e-postanın tamamını okuyun.

### Daha fazla bilgi gerekiyor

İşlem gerekiyor

Yayından kaldırma isteğinizdeki bazı bilgilerin sahte olabileceğini tespit ettik. Telif hakkı nedeniyle yayından kaldırma ile ilgili olarak YouTube'a çok sayıda sahte istek gönderildiğini belirtmek isteriz. Telif hakkı nedeniyle yayından kaldırma sürecinin kötüye kullanımı, ciddiyetle ele aldığımız bir konudur (YouTube, LLC v. Brady D. Neb. 8:19-cv-00353) davasını inceleyin).

Telif hakkı ihlali iddianızda şunları beyan ettiğinizi hatırlatırız:

1. İhlal edildiği iddia olunan münhasır hakkın sahibi adına hareket etme yetkisine sahipsiniz ve materyali ya da etkinliğin ihlal edildiği konusunda bariz bir şekilde kasten yanıltıcı beyanda bulananların, bu durumdan kaynaklanan zararlardan sorumlu tutulabileceğini biliyorsunuz.
2. Telif hakkı nedeniyle yayından kaldırma sürecinin kötüye kullanımının hesabınızın feshedilmesine yol açacağını kabul ediyorsunuz.

Söz konusu her bir video için, ihlal edildiği iddia edilen telif hakkıyla korunan belirli çalışmaları ve söz konusu hak talebinin dayanağını eksiksiz bir şekilde tanımlayın.

Bu e-postayı, istenen bilgileri ekleyerek yanıtlayabilirsiniz. Söz konusu doğrulama bize ulaşana kadar isteğinizi işleme alamayacağımızı hatırlatmak isteriz.

Bu e-postaya 7 gün içinde yanıt vermemeniz durumunda YouTube hesabınız kapatılabilir. Yayından kaldırma isteğinizi geri çekerek de hesabınızın kapatılmasını önleyebilirsiniz. İsteğinizi geri çekmek istiyorsanız lütfen bu e-postayı "Telif hakkı ihlaliyle ilgili isteğimi geri



Bu e-postaya 7 gün içinde yanıt vermemeniz durumunda YouTube hesabınız kapatılabilir. Yayından kaldırma isteğinizi geri çekerek de hesabınızın kapatılmasını önleyebilirsiniz. İsteğinizi geri çekmek istiyorsanız lütfen bu e-postayı "Telif hakkı ihlaliyle ilgili isteğimi geri çektiğimi bildiririm" yazarak yanıtlayın.

Fikrinizi değiştirirseniz dilediğiniz zaman telif hakkı ihlaliyle ilgili hak talebinizi geri alabilirsiniz.

- YouTube Ekibi

Yardım Merkezi · E-posta Seçenekleri

Bu e-posta, YouTube kanalınız veya hesabınızla ilgili bilgiler ve güncellemelerden olmanız için gönderilmiştir.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 26, 2024 YouTube Copyright

**Etem Kantarcıoğlu** <artrecordsetemt@gmail.com>

alıcı: YouTube

Sayın yetkili,

Tüm bu haklar sanatçı ile yaptığımız mali haklar devir sözleşmesi ile tarafımıza aittir. Bu eserler ile ilgili bir belge talep ederseniz tarafınıza gönderilecektir. Bu eserlerin derhal kaldırılmasını talep ediyoruz.

Saygılarımızla

Art Records, LLC

Dear authors,

All these rights belong to us with the written financial rights transfer agreement that we made with the artist. If you request a document regarding these works, it will be sent to you. We demand the immediate removal of these works,

regards,

Art Records, LLC

YouTube Copyright <youtube-disputes+3dbvto5qt0wi207@google.com>, 26 Şub 2024 Pzt, 05:13 tarihinde şunu yazdı:

**YouTube Copyright**

alıcı: ben

Sayın Kullanıcımız,

Telif hakkı ihlaliyle ilgili hak talebinizin geçerli olmayabileceği konusunda hâlâ endişelerimiz var. İhlal edildiği iddia edilen çalışmaların telif hakkına sahip olduğunuzun doğrulanabilmesi için daha fazla bilgiye ihtiyacımız var. Telif hakkı tescil sertifikası (çalışmaları tescillediyse) veya tüm destekleyici belgeler gibi bilgiler, isteğinizin işlenmesine yardımcı olacaktır.

Lütfen bu doğrulama biz ulaşana kadar isteğinizi işleme alamayacağımızı unutmayın.

Bu yayından kaldırma isteğinin sahte olabileceği konusunda endişelerimiz devam ettiği için bu e-postayı 7 gün içinde yanıtlamazsanız veya yanıtınızda istenen ek bilgileri paylaşmazsanız YouTube hesabınız kapatılabilir.

Yayından kaldırma isteğini geri çekerek de hesabınızın kapatılmasını önleyebilirsiniz. Yayından kaldırma isteğini geri çekmek için lütfen bu e-postayı "Telif hakkı ihlaliyle ilgili hak talebimi geri çektiğimi bildiririm" yazarak yanıtlayın.

Saygılarımızla,

YouTube Ekibi



**YouTube Copyright**
Alıcı: ben ▾

13 Mar 2024 21:50 (7 gün önce)    ☆    ☺    ↩    ⋮

Sayın Kullanıcımız,

Telif hakkı ihlaliyle ilgili hak talebinizin geçerli olmayabileceği konusunda hâlâ endişelerimiz var. İhlal edildiği iddia edilen çalışmaların telif hakkına sahip olduğunuzu doğrulanabilmesi için daha fazla bilgiye ihtiyacımız var. Telif hakkı tescil sertifikası (çalışmalar tescillendiyse) veya tüm destekleyici belgeler gibi bilgiler, isteğinizin işlenmesine yardımcı olacaktır.

Lütfen bu doğrulama bize ulaşana kadar isteğinizi işleme alamayacağımızı unutmayın.

Bu yayından kaldırma isteğinin sahte olabileceği konusunda endişelerimiz devam ettiği için bu e-postayı 7 gün içinde yanıtlamazsanız veya yanıtınızda istenen ek bilgileri paylaşmazsanız YouTube hesabınız kapatılabilir.

Yayından kaldırma isteğini geri çekerseniz hesabınızın kapatılması önleyebilirsiniz. Yayından kaldırma isteğini geri çekmek için bu e-postayı *"Telif hakkı ihlaliyle ilgili hak talebimi geri çektiğimi bildiririm"* yazarak yanıtlayın.

Saygılarımızla,
YouTube Ekibi

...

**Etem Kantarcıoğlu** <artrecordslarbmr@gmail.com>
Alıcı: YouTube ▾

16 Mar 2024 14:19 (4 gün önce)    ☆    ☺    ↩    ⋮

Sayın Yetkili,
Bu haklar bize aittir. Karşı taraf bu eserleri yasaya aykırı şekilde kullanmaktadır. Bu eserler yazılı sözleşme ile bize aittir. Sanatçı ile aramızda devir sözleşmesi vardır. Sözleşmede gizlilik kuralı vardır. Ancak mahkemenin talebi üzerine bu belgeyi size sunabiliriz. Karşı tarafta böyle bir belge varsa onlar size ibraz etti mi? Bu eserlerin mümkün olan en kısa sürede kaldırılmasını talep ediyoruz; aksi takdirde Youtube olarak bu yasadışı telif hakkı ihlaline ortak olacaksınız.
Saygılarımızla
Art Records, LLC

Dear Authority,
These rights belong to us. The other party is using these works illegally. These works belong to us with a written contract. There is a transfer agreement between us and the artist. There is a confidentiality rule in the contract. However, we can provide you with this document upon the request of the court. If the other party has such a document, did they present it to you? We demand that these works be removed as soon as possible, otherwise, as Youtube, you will be a party to this illegal copyright infringement.
Best Regards,
Art Records, LLC

YouTube Copyright <youtube-disputes+3dbyto5qz0wj207@google.com>, 13 Mar 2024 Çar, 21:50 tarihinde şunu yazdı:

...

**YouTube Copyright**
Alıcı: ben ▾

16 Mar 2024 17:36 (4 gün önce)    ☆    ☺    ↩    ⋮



▶ **YouTube**

Merhaba Etem Kantarcıoğlu,

Bu yasal talepteki bazı bilgilerin sahte olabileceği konusunda endişelerimiz var. YouTube'a çok sayıda sahte telif hakkı nedeniyle yayından kaldırma isteği gönderilir. Telif hakkı nedeniyle yayından kaldırma isteklerinin kötüye kullanılması ciddiyetle ele aldığımız bir durumdur. Bu nedenle hesabınız kapatıldı.

Bu yasal talepte paylaştığınız tüm bilgilerin doğru olduğunu düşünüyorsanız bir açıklama yazarak e-postayı yanıtlayın.

Telif hakkıyla ilgili daha fazla bilgi edinmek için YouTube Telif Hakkı Merkezi'ni ziyaret edin. Yine de bu telif hakkı nedeniyle yayından kaldırma isteğinin geçerli olduğunu düşünüyorsanız bu karara itiraz edebilirsiniz. İtirazınız kabul edilirse içerik kaldırma isteğiniz işleme alınır ve YouTube kanalınız yeniden etkinleştirilir. Çözüm seçenekleriniz hakkında daha fazla bilgi edinin.



Dear Authority,

These rights belong to us. The other party is using these works illegally. These works belong to us with a written contract. There is a transfer agreement between us and the artist. There is a confidentiality rule in the contract. However, we can provide you with this document upon the request of the court. If the other party has such a document, did they present it to you? We demand that these works be removed as soon as possible, otherwise, as Youtube, you will be a party to this illegal copyright infringement.

Best Regards,
Art Records, LLC

YouTube Copyright <youtube-disputes+3dhvto0pz0w207@google.com>, 13 Mar 2024 Çar, 21:50 tarihinde şuna yazdı:

▶ YouTube

Merhaba Etem Kantarcıoğlu,

Bu yasal talepteki bazı bilgilerin sahte olabileceği konusunda endişelerimiz var. YouTube'a çok sayıda sahte telif hakkı nedeniyle yayından kaldırma isteği gönderilir. Telif hakkı nedeniyle yayından kaldırma isteklerinin kötüye kullanılması ciddiyetle ele aldığımız bir durumdur. Bu nedenle hesabınız kapatıldı.

Bu yasal talepte paylaştığınız tüm bilgilerin doğru olduğunu düşünüyorsanız bir açıklama yazarak e-postayı yanıtlayın.

Telif hakkıyla ilgili daha fazla bilgi edinmek için YouTube Telif Hakkı Merkezi'ni ziyaret edin. Yine de bu telif hakkı nedeniyle yayından kaldırma isteğinin geçerli olduğunu düşünüyorsanız bu karara itiraz edebilirsiniz. İtirazınız kabul edilirse içerik kaldırma isteğiniz işleme alınır ve YouTube kanalınız yeniden etkinleştirilir. Çözüm seçenekleriniz hakkında daha fazla bilgi edinin.

⋯

Yardım Merkezi • E-posta Seçenekleri

Bu e-posta, YouTube kanalınız veya hesabınızla ilgili bilgiler ve güncellemelerden haberdar olmanız için gönderilmiştir.

▶ YouTube

© 2021 Google LLC d/b/a YouTube. 901 Cherry Ave, San Bruno, CA 94066



[AIFRERWDIYKMQNHEQFHOM7R2ZI] YouTube Telif Hakkı Şikayeti Gönderimi

YouTube Copyright

## Telif Hakkı İhlali Bildirimi Onayı

Bildiriminiz için teşekkür ederiz. Geçerli olduğunu ve tüm gerekli öğeleri içerdiğini doğrulamak için isteğinizi inceliyoruz. İsteğinizle ilgili bir işlem yaptığımızda bir e-postayı yanıtlayacağız. Yayından kaldırma isteğinizin durumunu kanalınızın Telif Hakkı bölümünde yer alan "Yayından kaldırma istekleri" sekmesinden de kontrol edebilirsiniz.

Doldurduğunuz bilgiler şunlardır:

- Telif Hakkı Sahibinin Adı (varsa Şirket Adı): Art Records, LLC.
- Tam Yasal Adınız (takma adlar, kullanıcı adları veya isminin baş harfleri kabul edilmez): İbrahim Etem Kantarcıoğlu
- Unvanınız veya İş Pozisyonunuz (Bu şikayeti yapmak için sahip olduğunuz yetki nedir?): Genel Müdür
- Adres:
  - 320 N Palm Dr. Apt. 109 Beverly Hills CA 90210
  - Los Angeles, California 90210
  - US
- Kullanıcı Adı: Etem Kantarcıoğlu
- E-posta Adresi: artrecordaetem@gmail.com
- Telefon: +905372174877

- Hak ihlalinde bulunulduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=2XwOLlZdp4
- Hak ihlalinde bulunulduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Güz Gülleri
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip haktan bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunulduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=UswXPoyNNaM
- Hak ihlalinde bulunulduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Benim Gözüm Sende
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip haktan bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunulduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=WJJCqBZ09Ok
- Hak ihlalinde bulunulduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Kulakların Çınlasın
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip haktan bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunulduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=ZrNPm-azlYQ
- Hak ihlalinde bulunulduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Belki Bir Sabah Geleceksin
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip haktan bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunulduğu iddia edilen, kaldırılacak videonun URL'si:
  https://www.youtube.com/watch?v=pG6xVbN40Gg
- Hak ihlalinde bulunulduğu iddia edilen çalışma ile ilgili açıklama: Diğer





[AIFRERWDIYKMQNHEQFHOM7 ×
https://mail.google.com/mail/u/0/?pli=1#inbox

Gmail
Postalarda arayın
Oluştur
Gelen Kutusu 5
Yıldızlı
Ertelenenler
Gönderilmiş Postalar
Taslaklar
Diğer
Etiketler +

25 ileti dizisinden 2.

- Ek bilgiler: Klip hakları bize aittir (Music video rights belong to us)
- İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si: https://www.youtube.com/watch?v=pGSxlYbN0Qg
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Veda Busesi
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si: https://www.youtube.com/watch?v=tHpkVQNDkg8
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Dert Ortağım
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Hak ihlalinde bulunduğu iddia edilen, kaldırılacak videonun URL'si: https://www.youtube.com/watch?v=zEuy1aoYZH0
- Hak ihlalinde bulunduğu iddia edilen çalışma ile ilgili açıklama: Diğer
  - Telif hakkı alınmış eserin adı: Elbet Bir Gün Buluşacağız
  - Telif hakkı alınmış eserin türü: Müzik Klibi (Music Video)
  - Ek bilgiler: Klip hakları bize aittir (Music video rights belong to us)
  - İçerik nerede görünüyor? Videonun tamamı

- Telif hakkının geçerli olduğu ülke: US
- YALAN BEYANIN CEZAYA TABİ OLDUĞUNU BİLEREK, aşağıdakileri beyan ederim:
  - İhlal edildiği iddia edilen özel bir hakkın sahibiyim veya sahibi adına hareket etme yetkisi olan bir aracıyım.
  - Materyalin şikayet edildiği biçimde kullanılması için telif hakkı sahibi, aracısı veya yasanın yetki vermediğine iyi niyetle inanıyorum ve
  - Bu bildirim doğru.
  - DMCA'nın 512(f) Bölümü uyarınca, malzemenin veya etkinliğin hak ihlalinde bulunduğu konusunda bilerek kasten yanlış beyanda bulunan kişilerin oluşan zararlardan sorumlu tutulabileceğini anlıyorum.
  - Bu aracın kötüye kullanımının YouTube kanalımın kapatılmasına yol açacağını anlıyorum.
- Yetkili İmza: İbrahim Etem Kantarcıoğlu

- YouTube Ekibi

Yardım Merkezi • E-posta Seçenekleri

Bu e-posta, YouTube kanalınız veya hesabınızla ilgili bilgiler ve güncellemelerden haberdar olmanız için gönderilmiştir.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 25, 2024 artrecordsetem@gmail.com wrote

Video IDs: 2Xw0LiZdp4, UcwXPpyNNsM, WJuCgBZ09Ok, ZKNPm-azlYQ, pGSxlYbN0Qg, tHpkVQNDkg8, zEuy1aoYZH0

YouTube Copyright <youtube-disputes+3dfaxlogcrhfc07@google.com>

26 Şub Pzt 05:13

Gmail için masaüstü bildirimlerini etkinleştirin. Tamam Hayır, teşekkürler

6°C Bulutlu 22:01 20.03.2024

# YouTube

Merhaba Etem Kantarcıoğlu,

İçerik kaldırma isteğiniz için teşekkür ederiz. İsteğinizi inceledik. Sürecin devamı için daha fazla bilgiye ihtiyacımız var. Videoların durumuyla ilgili güncel bilgileri edinmek için e-postanın tamamını okuyun.

## Daha fazla bilgi gerekiyor

İşlem gerekiyor

Yayından kaldırma isteğinizdeki bazı bilgilerin sahte olabileceğini tespit ettik. Telif hakkı nedeniyle yayından kaldırma ile ilgili olarak YouTube'a çok sayıda sahte istek gönderildiğini belirtmek isteriz. Telif hakkı nedeniyle yayından kaldırma sürecinin kötüye kullanımı, ciddiyetle ele aldığımız bir konudur (YouTube, LLC v. Brady D. Neb. 8:19-cv-00353) *davasını inceleyin*).

Telif hakkı ihlali iddianızda şunları beyan ettiğinizi hatırlatınız:

1. İhlal edildiği iddia olunan münhasır hakkın sahibi adına hareket etme yetkisine sahipsiniz ve materyalin ya da etkinliğin ihlal edildiği konusunda bariz bir şekilde kasten yanıltıcı beyanda bulunanların, bu durumdan kaynaklanan zararlardan sorumlu tutulabileceğini biliyorsunuz.
2. Telif hakkı nedeniyle yayından kaldırma sürecinin kötüye kullanımının hesabınızın feshedilmesine yol açacağını kabul ediyorsunuz.

Söz konusu her bir video için, ihlal edildiği iddia edilen telif hakkıyla korunan belirli çalışmaları ve söz konusu hak talebinin dayanağını eksiksiz bir şekilde tanımlayın.

Bu e-postayı, istenen bilgileri ekleyerek yanıtlayabilirsiniz. Söz konusu doğrulama bize ulaşana kadar isteğinizi işleme alamayacağımızı hatırlatmak isteriz.

Bu e-postaya 7 gün içinde yanıt vermemeniz durumunda YouTube hesabınız kapatılabilir. Yayından kaldırma isteğinizi geri çekerek de hesabınızın kapatılmasını önleyebilirsiniz. İsteğinizi geri çekmek istiyorsanız lütfen bu e-postayı "Telif hakkı ihlaliyle ilgili isteğimi geri çektiğimi bildiririm" yazarak yanıtlayın.

Fikrinizi değiştirirseniz dilediğiniz zaman telif hakkı ihlaliyle ilgili hak talebinizi geri alabilirsiniz.

- YouTube Ekibi

...

Yardım Merkezi · E-posta Seçenekleri

- YouTube Ekibi

***

Yardım Merkezi • E-posta Seçenekleri

Bu e-posta, YouTube kanalınız veya hesabınızla ilgili bilgiler ve güncellemelerden haberdar olmanız için gönderilmiştir.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 26, 2024 YouTube Copyright

***

---

Etem Kentemsioğlu <artrecordsretem@gmail.com>                                    26 Şub 2024 07:53    ☆ ⊙ ↩ ⋮

Alıcı: YouTube ▾

Sayın yetkili,
Tüm bu haklar sanatçı ile yaptığımız mali haklar devir sözleşmesi ile tarafımıza aittir. Bu eserlerle ilgili bir belge talep ederseniz tarafınıza gönderilecektir. Bu eserlerin derhal kaldırılmasını talep ediyoruz.
Saygılarımızla
Art Records, LLC

Dear authority,
All these rights belong to us with the written financial rights transfer agreement that we made with the artist. If you request a document regarding these works, it will be sent to you. We demand the immediate removal of these works.
regards
Art Records, LLC

YouTube Copyright <youtube-disputes+3dfax1ogorhb07@google.com>, 26 Şub 2024 Pzt, 05:13 tarihinde şunu yazdı:

***

---

YouTube Copyright                                                               13 Mar 2024 21:44 (7 gün önce)    ☆ ⊙ ↩ ⋮

Alıcı: ben ▾

Sayın Kullanıcımız,

Telif hakkı ihlaliyle ilgili hak talebinizin geçerli olmayabileceği konusunda hâlâ endişelerimiz var. İhlal edildiği iddia edilen çalışmanın telif hakkına sahip olduğunuzun doğrulanabilmesi için daha fazla bilgiye ihtiyacımız var. Telif hakkı tescil sertifikası (çalışmalar tescillendiyse) veya türü destekleyici belgeler gibi bilgiler, isteğinizin işlenmesine yardımcı olacaktır.

Lütfen bu doğrulama bize ulaşana kadar isteğinizi işleme alamayacağımızı unutmayın.

Bu yayından kaldırma isteğinin sahte olabileceği konusunda endişelerimiz devam ettiği için bu e-postayı 7 gün içinde yanıtlamazsanız veya yanıtınızda isteneb ilgileri paylaşmazsanız YouTube hesabınız kapatılabilir.

Yayından kaldırma isteğini geri çekerseniz hesabınızın kapatılmasını önleyebilirsiniz. Yayından kaldırma isteğini geri çekmek için lütfen bu e-postayı "Telif hakkı ihlaliyle ilgili hak talebimi geri çektiğimi bildiririm" yazarak yanıtlayın.

Saygılarımızla,
YouTube Ekibi

***

---

Etem Kentemsioğlu <artrecordsretem@gmail.com>                                    16 Mar 2024 14:25 (4 gün önce)    ☆ ⊙ ↩ ⋮

Alıcı: YouTube ▾

Sayın Yetkili,
Bu haklar bize aittir. Karşı taraf bu eserleri yasaya aykırı şekilde kullanmaktadır. Bu eserler yazılı sözleşme ile bize aittir. Sanatçı ile aramızda devir sözleşmesi vardır. Sözleşmede gizlilik kuralı vardır. Ancak mahkemenin talebi üzerine bu belgeyi size sunabiliriz. Karşı tarafta böyle bir belge varsa onlar size ibraz etti mi? Bu eserlerin mümkün olan en kısa sürede kaldırılmasını talep ediyoruz; aksi takdirde Youtube olarak bu yasadışı telif hakkı ihlaline ortak olacaksınız.
Saygılarımla
Art Records, LLC.

Dear Authority,
These rights belong to us. The other party is using these works illegally. These works belong to us with a written contract. There is a transfer agreement between us and the artist. There is a confidentiality rule in the contract. However, we can provide you with this document upon the request of the court. If the other party has such a document, did they present it to you? We demand that these works be removed as soon as possible; otherwise, as Youtube, you will be a party to this illegal copyright infringement.



Etem Kantarcıoğlu <artrecordsetem@gmail.com>

Alıcı: YouTube

Sayın Yetkili,
Bu haklar bize aittir. Karşı taraf bu eserleri yasaya aykırı şekilde kullanmaktadır. Bu eserler yazılı sözleşme ile bize aittir. Sanatçı ile aramızda devir sözleşmesi vardır. Sözleşmede gizlilik kuralı vardır. Ancak mahkemenin talebi üzerine bu belgeyi size sunabiliriz. Karşı tarafta böyle bir belge varsa onlar size ibraz etti mi? Bu eserlerin mümkün olan en kısa sürede kaldırılmasını talep ediyoruz aksi takdirde Youtube olarak bu yasadışı telif hakkı ihlaline ortak olacaksınız.

Saygılarımızla
Art Records, LLC

Dear Authority,

These rights belong to us. The other party is using these works illegally. These works belong to us with a written contract. There is a transfer agreement between us and the artist. There is a confidentiality rule in the contract. However, we can provide you with this document upon the request of the court. If the other party has such a document, did they present it to you? We demand that these works be removed as soon as possible, otherwise, as Youtube, you will be a party to this illegal copyright infringement.

Best Regards,
Art Records, LLC

YouTube Copyright <youtube-disputes+3dfax1ogorhfq07@google.com>, 13 Mar 2024 Çar; 21:46 tarihinde şuna yazdı:

---

YouTube Copyright
Alıcı: bem


**YouTube**

Merhaba Etem Kantarcıoğlu,

Bu yasal talepteki bazı bilgilerin sahte olabileceği konusunda endişelerimiz var. YouTube'a çok sayıda sahte telif hakkı nedeniyle yayından kaldırma isteği gönderilir. Telif hakkı nedeniyle yayından kaldırma isteklerinin kötüye kullanılması ciddiyetle ele aldığımız bir durumdur. Bu nedenle hesabınız kapatıldı.

Bu yasal talepte paylaştığınız tüm bilgilerin doğru olduğunu düşünüyorsanız bir açıklama yazarak e-postayı yanıtlayın.

Telif hakkıyla ilgili daha fazla bilgi edinmek için YouTube Telif Hakkı Merkezi'ni ziyaret edin. Yine de bu telif hakkı nedeniyle yayından kaldırma isteğinin geçerli olduğunu düşünüyorsanız bu karara itiraz edebilirsiniz. İtirazınız kabul edilirse içerik kaldırma isteğiniz işleme alınır ve YouTube kanalınız yeniden etkinleştirilir. Çözüm seçenekleriniz hakkında daha fazla bilgi edinin.

Yardım Merkezi · E-posta Seçenekleri

Bu e-posta, YouTube kanalınız veya hesabınızla ilgili bilgiler ve güncellemelerden haberdar olmanız için gönderilmiştir.

**YouTube**

© 2021 Google LLC d/b/a YouTube. 901 Cherry Ave, San Bruno, CA 94066

- Telif hakkının geçerli olduğu ülke  US
- YALAN BEYANIN CEZAYA TABİ OLDUĞUNU BİLEREK, aşağıdakileri beyan ederim
  - [...] edildiği iddia edilen materyalin kullanımının [...] hareket ya da yasanın yetkisi olan [...]
  - Materyalin şikayet edildiği biçimde kullanılması için telif hakkı sahibi, aracısı veya yasanın yetki vermediğine iyi niyetle inanıyorum ve
  - Bu bildirim doğru,
  - DMCA'nın 512(f) Bölümü uyarınca, malzemenin veya etkinliğin haklı ihlaline bulunduğu konusunda bilerek kasten yanlış beyanda bulunan kişilerin oluşan zararlardan sorumlu tutulabileceğini anlıyorum
  - Bu aracın kötüye kullanımının YouTube kanalımın kapatılmasına yol açacağını anlıyorum
- Yetkili imza: İbrahim Etem İkantaroğlu

- YouTube Ekibi

Yardım Merkezi · E-posta Seçenekleri

Bu e-posta, YouTube kanalınız veya hesabınızla ilgili bilgiler ve güncellemelerden haberdar olmanız için gönderilmiştir

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Merhaba Etem Kantarcıoğlu,

[...] hakkının sahte olabileceğine inanmamızı sağlayan nedenlerimiz
var. YouTube'a çok sayıda sahte telif hakkı nedeniyle yayından kaldırma isteği
gönderilir. Telif hakkı nedeniyle yayından kaldırma isteklerinin kötüye
kullanılması ciddiyetle ele aldığımız bir durumdur. Bu nedenle hesabınız
kapatıldı.

Bu yasal talepte paylaştığınız tüm bilgilerin doğru olduğunu düşünüyorsanız
bir açıklama yazarak e-postayı yanıtlayın.

Telif hakkıyla ilgili daha fazla bilgi edinmek için YouTube Telif Hakkı
Merkezi'ni ziyaret edin. Yine de bu telif hakkı nedeniyle yayından kaldırma
isteğinin geçerli olduğunu düşünüyorsanız bu karara itiraz edebilirsiniz.
İtirazınız kabul edilirse içerik kaldırma isteğiniz işleme alınır ve YouTube
kanalınız yeniden etkinleştirilir. Çözüm seçenekleriniz hakkında daha fazla
bilgi edinin.

···

Yardım Merkezi • E-posta Seçenekleri

Bu e-posta YouTube kanalınız ve hesabınızla ilgili önemli bilgiler içerdiğinde size bir karar hakkında bilgi vermek için gönderilmiştir.

 YouTube

© 2024 Google LLC d/b/a YouTube 901 Cherry Ave. San Bruno, CA 94066

···